ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6528
    Facsimile: (213) 894-7177
    E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>$57,790.00 IN U.S. CURRENCY, ET AL.,<br><br>            Defendants.<br><br>JAIME RIOS AND ANGELES JIMENEZ,<br><br>            Claimants. | NO. 2:11-cv-03093-JHN -Ex<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

    This action was filed on April 12, 2011. Notice was given and published in accordance with law. Claimant Jaime Rios filed a verified claim on May 23, 2011 and an answer on June 13, 2011.

Angeles Jimenez filed a verified claim on May 31, 2011 and an answer on June 20, 2011.  Rios and Jimenez will be collectively referred to hereinafter as "claimants."  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and claimants, from whom the $57,790.00 and $3,315.00 in U.S. currency ("defendant currency") was seized, have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.
2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.
3. The United States of America shall have judgment as to $45,605.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.
4. $15,500.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimants not later than sixty (60) days from

|   |   |   |
|---|---|---|
| 1 |   | the date of the entry of this judgment by electronic |
| 2 |   | transfer directly into a financial institution account |
| 3 |   | designated by claimants' counsel.  Claimants' counsel |
| 4 |   | agrees to provide appropriate financial institution |
| 5 |   | account information within 10 days of execution of this |
| 6 |   | consent judgment.  Claimants shall provide any and all |
| 7 |   | information needed to process the return of these funds |
| 8 |   | according to federal law. |
| 9 | 5. | Claimants hereby release the United States of America, |
| 10 |   | its agencies, agents, and officers, including employees |
| 11 |   | and agents of the Drug Enforcement Administration, from |
| 12 |   | any and all claims, actions or liabilities arising out of |
| 13 |   | or related to this action, including, without limitation, |
| 14 |   | any claim for attorney's fees, costs or interest which |
| 15 |   | may be asserted on behalf of the claimants, whether |
| 16 |   | pursuant to 28 U.S.C. § 2465 or otherwise. |
| 17 | 6. | The court finds that there was reasonable cause for the |
| 18 |   | seizure of the defendant currency and institution of |
| 19 |   | these proceedings.  This judgment shall be construed as |
| 20 |   | a certificate of reasonable cause pursuant to 28 U.S.C. |
| 21 |   | § 2465. |
| 22 | 7. | The Court retains jurisdiction over this case and the |
| 23 |   | parties hereto to effectuate the terms of this Consent |
| 24 |   | Judgment. |

Dated: December 28, 2011   _____
　　　　　　　　　　　　　　　THE HONORABLE JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE