```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  P. GREG PARHAM
    California Bar No. 140310                        JS-6
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7      Federal Courthouse, 14th Floor
        312 North Spring Street
 8      Los Angeles, California 90012
        Telephone: (213) 894-6528
 9      Facsimile: (213) 894-7177
        E-mail: Greg.Parham@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>        v.<br><br>$57,790.00 IN U.S.<br>CURRENCY, ET AL.,<br><br>          Defendants.<br><br>JAIME RIOS AND ANGELES<br>JIMENEZ,<br><br>          Claimants. | NO. 2:11-cv-03093-JHN -Ex<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

This action was filed on April 12, 2011. Notice was given and published in accordance with law. Claimant Jaime Rios filed a verified claim on May 23, 2011 and an answer on June 13, 2011.

1  Angeles Jimenez filed a verified claim on May 31, 2011 and an
2  answer on June 20, 2011. Rios and Jimenez will be collectively
3  referred to hereinafter as "claimants." No other statements of
4  interest or answers have been filed, and the time for filing such
5  statements of interest and answers has expired. Plaintiff and
6  claimants, from whom the $57,790.00 and $3,315.00 in U.S. currency
7  ("defendant currency") was seized, have reached an agreement that
8  is dispositive of the action. The parties hereby request that the
9  Court enter this Consent Judgment of Forfeiture.

    **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $45,605.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $15,500.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimants not later than sixty (60) days from

      the date of the entry of this judgment by electronic transfer directly into a financial institution account designated by claimants' counsel. Claimants' counsel agrees to provide appropriate financial institution account information within 10 days of execution of this consent judgment. Claimants shall provide any and all information needed to process the return of these funds according to federal law.

5. Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated: December 28, 2011 _____
THE HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE